UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| | ) | |
| v. | ) | 1:11-cr-98-CLC-CHS-1 |
| | ) | |
| | ) | |
| KELLIE ANN FORGEY | ) | |

## **MEMORANDUM AND ORDER**

KELLIE ANN FORGEY ("Defendant") appeared for a hearing on November 28, 2017, in accordance with Rule 32.1 of the Federal Rules of Criminal Procedure on the Petition for a Warrant or Summons for an Offender Under Supervision ("Petition").

Defendant was placed under oath and informed of her constitutional rights. It was determined that Defendant wished to be represented by an attorney and she qualified for appointed counsel. Federal Defender Services of Eastern Tennessee was appointed to represent Defendant. It was also determined that Defendant had been provided with and reviewed with counsel a copy of the Petition.

The Government moved that Defendant be detained without bail pending her revocation hearing set on February 21, 2018 at 2:00 p.m. before U.S. District Judge Curtis L. Collier. Defendant waived her preliminary hearing but requested a detention hearing and time to prepare for said detention hearing. The U.S. Marshal shall transport Defendant to said hearing, which will be held before the undersigned **on December 6, 2017 at 2:00 p.m**. Defendant shall be temporarily detained until her detention hearing as set forth in a separate order.

Based upon the Petition and waiver of preliminary hearing, the Court finds there is probable cause to believe Defendant has committed violations of her conditions of supervised release as alleged in the Petition.

Accordingly, it is **ORDERED** that:

(1) Defendant shall appear for a revocation hearing before U.S. District Judge Collier.

(2) The Government's motion that Defendant be temporarily detained without bail pending her revocation hearing before Judge Collier is **GRANTED** and a detention

hearing will be held before the undersigned on **Wednesday, December 6, 2017 at 2:00 p.m.**

.	(3) The U.S. Marshal shall transport Defendant to a revocation hearing set **before District Judge Collier at 2:00 p.m. on Wednesday, February 21, 2018**.

SO ORDERED.

ENTER.

s/ *Susan K. Lee*
SUSAN K. LEE
UNITED STATES MAGISTRATE JUDGE